# United States District Court

DISTRICT OF ARIZONA

| | |
|---|---|
| CHASE W. DRAKE | **SUMMONS IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case No. |
| TUSCAN, INC., a California corporation authorized and doing business in Arizona as Ten's Nightclub, | |
| Defendant. | |

**TO:**   TUSCAN, INC., a California corporation authorized and doing business in Arizona as Ten's Nightclub

**YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's Attorney:

Douglas H. Clark, Jr.
Jonathan Rothschild
Janis C. Gallego
Mesch, Clark & Rothschild, P.C.
259 North Meyer Avenue
Tucson, AZ 85701-1090

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                                DATE

(BY) DEPUTY CLERK

| RETURN OF SERVICE |  |
|---|---|
| Service of the Summons and Complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER (*PRINT*) | TITLE |

Check one box below to indicate appropriate method of service

☐    Served personally upon the defendant. Place where served: _____

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐    Returned unexecuted: _____

☐    Other (*specify*): _____

| STATEMENT OF SERVICE FEES |  |  |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                DATE                                         SIGNATURE OF SERVER

                                                                                   ADDRESS OF SERVER

<sup>(1)</sup> As to who may serve a summons, see Rule 4 of Federal Rules of Civil Procedure.

304705